4251 S Natches Ct #K, Englewood, CO 80110



| **To:** | Stephanie-State Farm | **From:** | Jennifer McKelvey |
|---|---|---|---|
| **Fax:** | 1-800-811-2358 | **Pages:** | 2 including cover |
| **Phone:** | 1-888-556-3528 | **Date:** | 10/15/2008 |
| **Re:** | Claim # 06K204917 | **CC:** | |

**Urgent**      **For Review**      **Please Comment**      **Please Reply**      **Please Recycle**

Stephanie,

To follow is the final invoice as discussed with Ms. Hasenjager.  If you have any questions, please do not hesitate to contact our office at any time.

Sincerely,

Jennifer McKelvey

Administrative Assistant

**EXHIBIT 3**

Phone:  303-781-8185    Fax:  303-781-4875

# A TO Z ROOFING
4251 S Naches Ct. Unit K
Englewood, CO 80110
(303) 781-8185 / (303) 781-8126 Fax

## Payment Due:  Upon Completion

**Invoice Date: 10/15/2008**                              **Invoice #: 8357**

Janet Hasenjager
15109 E Grand Pl.
Aurora, CO 80015
(303) 766-3907

**Completion Date: 06/25/2008**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Job Address:** 15109 E Grand Pl., Aurora CO 80015

| | |
|---|---|
| Roofing Price: . . . | $21792.63 |
| Supplement 1: . | |
| Supplement 2: . . . | |
| Supplement 3: . . | |
| Supplement 4: . . . | |
| **TOTAL:** . . . | **$21792.63** |
| **Amount Paid:** . . . | |
| **BALANCE:** . . . | **$21,792.63** |

## THANK YOU FOR CHOOSING A TO Z ROOFING