4251 S Natches Ct #K, Englewood, CO 80110



| | | | |
|---|---|---|---|
| **To:** | State Farm | **From:** | Jennifer McKelvey |
| **Fax:** | 1-888-556-3528 | **Pages:** | 2 including cover |
| **Phone:** | 1-800-8112358 | **Date:** | 10/20/2008 |
| **Re:** | Claim # 06K204917 | **CC:** | |

**Urgent**    **For Review**    **Please Comment**    **Please Reply**    **Please Recycle**

Good afternoon,

To follow is the final itemized invoicing for insured Hasenjager (Leopardi).

If you have any questions, please contact our office at any time.

Thank you,

Jennifer McKelvey

Administrative Assistant

EXHIBIT 4

Phone: 303-781-8185   Fax: 303-781-4875



4251 S. Natches Ct Unit K ~ Englewood, CO 80110
Office: 303-781-8185 ~ Fax: 303-781-4875

**Proposal Submitted to:** Janet Hasenjager
**Property Address:** 15109 E Grand Pl, Aurora, CO 80015
**Phone:** 303-766-3907
**Date of Estimate:** 6/17/2008
**Adjustor phone #:** 888-556-3528
**Claim #:** 06K204917
**Ins. Fax #:** 800-811-2358

Description of work to be performed: Itemized roof estimate for replacement of wind/hail damage

| # | Description | Qty | Unit | Unit price | Total |
|---|---|---|---|---|---|
| 1} | Remove 1st layer wood shake roofing (type of roof removing) | 44.76 | sq. | $65.00 | $2,909.40 |
| 2} | Remove each additional layer | | sq. | | $0.00 |
| 3} | Install 30# felt paper | 44.76 | sq. | $25.00 | $1,119.00 |
| 4} | Install drip edge | 304 | lin ft. | $1.60 | $486.40 |
| 5} | Install Decra Stone Coated Steel (type and brand of roofing to install) Warranty lifetime years | 45 | sqs. | $368.00 | $16,560.00 |
| 6} | Step flash walls | 0 | lin ft. | $0.00 | $0.00 |
| 7} | Replace passive vent(s) (type of vent to replace) | 5 | (qty) | $39.29 | $196.45 |
| 8} | Replace plumbing jacks | | (qty) | $0.00 | $0.00 |
| 9} | Replace heater stack 6" base, collar, cap | | (qty) | | $0.00 |
| 10} | 2-story/steep roof fee | | sq. | $25.00 | $0.00 |
| 11} | Valleys | | lin ft. | | $0.00 |
| 12} | Ice and water shield | | sq. ft. | | $0.00 |
| 13} | Ridge Vent | | lin ft. | | $0.00 |
| 14} | Reflash fireplace average | 1 | (qty) | $200.00 | $200.00 |
| 15} | Skylight flashing/kits | 48 | lin ft. | $4.10 | $196.80 |
| 16} | Taxes and materials | 124.58 | (qty) | $1.00 | $124.58 |
| 17} | | | | | $0.00 |
| 18} | | | | | $0.00 |
| 19} | | | | | $0.00 |
| 20} | | | | | $0.00 |

**Permit fee (receipt included):**

**TOTAL:** $21,792.63